IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 10-0257 AWT-BMK |
| v. | ) ) | O R D E R |
| C.J. BY AND THROUGH HIS PARENTS, CRYSTAL AND TYLER J., et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |


     The Findings and Recommendation of the Magistrate Judge, dated May 10,

2011, to which no objection has been made, are approved and adopted, and

Plaintiff's Motion to Extend Time for Filing Plaintiff's Opening Brief is granted.

Defendants' Motion to Dismiss Appeal is denied as moot.

Dated:  June 7, 2011.


                                _____/s/ A. Wallace Tashima_____
                                   A. Wallace Tashima
                                 United States Circuit Judge
                                 Sitting by Designation