IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAIʻI, <br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>C.J., by and through his Parents, CRYSTAL AND TYLER J.,<br><br>　　　　Defendant(s). | CV. NO. 10-00257 AWT-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 29, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That the Administrative Hearings Officer's Decision Be Reversed and the Case Be Remanded to the Administrative Hearings Officer" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 25, 2012



　　　　　　　　　　　　　　　　/s/ A. Wallace Tashima
　　　　　　　　　　　　　　　　A. Wallace Tashima
　　　　　　　　　　　　　　　　United States Circuit Judge
　　　　　　　　　　　　　　　　Sitting by Designation